**Entered on Docket
July 14, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the court.
Signed July 13, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Wanda Smith-Livingston,

          Debtor.

No. 16-41908

Chapter 13

**MEMORANDUM RE: MOTION TO EXTEND THE AUTOMATIC STAY**

On July 6, 2016, Debtor filed the above-captioned bankruptcy case. The Court notes, and Debtor acknowledges, that Debtor had one previous bankruptcy case pending within the past year. On July 9, 2016, Debtor filed the *Motion to Extend Automatic Stay* (doc. 8)(the "Motion"), thereby seeking to extend the automatic stay beyond the 30-day statutory period pursuant to 11 U.S.C. § 362(c)(3)(A). The Court hereby notifies Debtor that the Motion cannot be processed due to the following deficiencies:

1. The Motion was not served in accordance with Bankruptcy Local Rule ("BLR") 4001-2(c).
2. The Motion was not noticed for disposition in accordance with BLR 4001-2(d)(1) or (2).

Debtor must address the above in order for the Motion to be processed and the stay extended beyond the statutory 30-day period.

This memorandum does not affect any other deadline associated with this case.

**\*END OF MEMORANDUM\***

1

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | **Wanda Smith-Livingston** |
| 4 | 1880 Woodhaven Way<br>Oakland, CA 94611 |